**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 17-1807**

JANICE WOLK GRENADIER,

       Plaintiff - Appellant,

    v.

JAMES C. CLARK, Judge, in his Personal and Professional Capacity,

       Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:17-cv-00280-CMH-JFA)

Submitted: January 30, 2018               Decided:  February 1, 2018

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Janice Wolk Grenadier, Appellant Pro Se.  Margeaux Showell Serrano, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janice Wolk Grenadier appeals the district court's orders dismissing her suit against a state judge and denying various motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Grenadier v. Clark*, No. 1:17-cv-00280-CMH-JFA (E.D. Va. Apr. 21, 2017; May 23, 2017; June 2 & 23, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*